```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

AXIOM WORLDWIDE, INC.,

    Plaintiff,

v.                            Case No.  8:11-cv-1468-T-33TBM

HTRD GROUP HONG KONG LIMITED,
et al.,

    Defendants.
_____/

## **ORDER**

This matter is before the Court upon consideration of the report and recommendation of the Honorable Thomas B. McCoun III, United States Magistrate Judge (Doc. # 746), which was filed on October 30, 2015, recommending that Defendants Medical Excite Medical Corp. and Saleem Musallam's Motion for Modification of Injunction (Doc. # 681) be denied.  Prior to issuing the report and recommendation, Judge McCoun held an evidentiary hearing. (Doc. # 705). Defendants filed an objection to the report and recommendation (Doc. # 752), to which Plaintiff Axiom Worldwide, Inc. responded. (Doc. # 761).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.   28 U.S.C. § 636(b)(1); <u>Williams v.</u>

Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

The Court has conducted an independent examination of the file and upon due consideration, the Court accepts and adopts the report and recommendation. The report and recommendation thoughtfully addresses the issues presented, and Defendants' arguments raised in their objection do not provide a basis for rejecting the report and recommendation. Therefore, the objections are overruled.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. # 746) is **ACCEPTED** and **ADOPTED.**

(2) Defendants Excite Medical Corp. and Saleem Musallam's Motion for Modification of Injunction (Doc. # 681) is

**DENIED**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>7th</u> day of December, 2015.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE