UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AXIOM WORLDWIDE, INC.,

    Plaintiff,

v.                              Case No.  8:11-cv-1468-T-33TBM

HTRD GROUP HONG KONG LIMITED,
et al.,

    Defendants.
_____/

**ORDER**

This matter is before the Court upon consideration of the report and recommendation of the Honorable Thomas B. McCoun III, United States Magistrate Judge (Doc. # 758), which was filed on November 19, 2015, recommending that Defendant Medical Excite Medical Corp.'s Verified Motion for Order to Show Cause Why Axiom Worldwide, Inc. Should Not be Held in Contempt for Violation of the Court's Order on Confidentiality, (Doc. # 729) be denied.  As of this date, there are no objections to the report and recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.   28 U.S.C. § 636(b)(1); <u>Williams v.</u>

Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de *novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. # 758) is **ACCEPTED** and **ADOPTED.**

(2) Defendant Excite Medical Corp.'s Verified Motion for Order to Show Cause Why Axiom Worldwide, Inc. Should Not be Held in Contempt for Violation of the Court's Order on Confidentiality, (Doc. # 729 ) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>8th</u> day of December, 2015.

*Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE