UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AXIOM WORLDWIDE, INC.,

    Plaintiff,

v.                      Case No. 8:11-cv-1468-T-33TBM

HTRD GROUP HONG KONG LIMITED,
et al.,

    Defendants.
_____/

**ORDER**

This matter is before the Court upon consideration of the report and recommendation of the Honorable Thomas B. McCoun III, United States Magistrate Judge (Doc. # 766), which was filed on December 8, 2015, recommending that Plaintiff Axiom Worldwide's Motion for Preliminary Injunction to Freeze Assets of Defendant Musallam, Excite Medical of Tampa Bay, LLC, Eltech USA, and its Principal Mr. Ilya Marder, and Eltech Capital, LLC (Doc. # 738) be denied. As of this date, there are no objections to the report and recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); <u>Williams v.</u>

Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de *novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. # 766) is **ACCEPTED** and **ADOPTED.**

(2) Plaintiff Axiom Worldwide's Motion for Preliminary Injunction to Freeze Assets of Defendant Musallam, Excite Medical of Tampa Bay, LLC, Eltech USA, and its Principal Mr. Ilya Marder, and Eltech Capital, LLC  (Doc. # 738 )

is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>7th</u> day of January, 2016.

                                                   _____
                                                   VIRGINIA M. HERNANDEZ COVINGTON
                                                   UNITED STATES DISTRICT JUDGE